UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>LAMAR VAN WILLIAMS,<br><br>Defendant. | CRIMINAL NO. 5:19-199-KKC-EBA-1<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter was referred to the magistrate judge for the purposes of conducting rearraignment proceedings for Defendant Lamar Van Williams. The magistrate judge has filed a recommendation that the Court accept Defendant's guilty plea and that Defendant be adjudged guilty of Count 1 of the indictment. (DE 24.) No objections have been filed and, having reviewed the record, the Court finds that the magistrate judge satisfied all requirements of Federal Rule of Criminal Procedure 11 and the United States Constitution.

Accordingly, the Court hereby ADOPTS the magistrate judge's recommendation (DE 24), accepts Defendant's plea of guilty, and enters a finding of guilty for Defendant as to Count 1 of the indictment.

Dated June 2, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY